# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD D. WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-1015-CEJ |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the application of Reginald D. Wilson for leave to commence this action without payment of the required filing fee [Doc. #2]. Upon consideration of the financial information provided with the application, the Court finds that petitioner is financially unable to pay the filing fee.

Petitioner, an inmate at the St. Louis City Justice Center, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He asserts in summary fashion four grounds in support of his petition: (1) deliberate indifference to medical needs; (2) false imprisonment; (3) obstruction of justice; and (4) corruption. For relief, plaintiff states, "Re-filing/stay until legal document(s) are refiled."

Having carefully reviewed the petition, the Court concludes that petitioner has failed to assert a cognizable basis for relief under § 2254. Not only are his claims

lacking in factual support, but the relief he requests is not available in habeas corpus actions. As such, this action will be summarily dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **granted**.

**IT IS FURTHER ORDERED** that petitioner's petition for a writ of habeas corpus is **denied**.

**IT IS FURTHER ORDERED** that petitioner's "omnibus motion" [Doc. #5] is **denied as moot**.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 30th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE